JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX FORMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO.: C 14-03252 NC<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

Michael Smith, Oakland Unified School District, Office of the General Counsel, 1000 Broadway, Suite 398, Oakland, CA 94607, presently represents defendant OAKLAND UNIFIED SCHOOL DISTRICT in this action.

At this time defendant seeks an Order approving substitution of James M. Marzan, Edrington, Schirmer & Murphy, 2300 Contra Costa Blvd., Suite 450, Pleasant Hill, CA 94523 in place of Michael Smith to represent defendant OAKLAND UNIFIED SCHOOL DISTRICT.

At the present time there is no discovery outstanding as to defendant OAKLAND UNIFIED SCHOOL DISTRICT, nor is there a scheduled deposition.

The requested Substitution will cause no prejudice to any party to this action.

//

//

1  It is requested that the Substitution of Attorney as described above be approved by the
2  court.
3  DATED: 9-19-14          OFFICE OF THE GENERAL COUNSEL
                            OAKLAND UNIFIED SCHOOL DISTRICT
4
5                           _____
                            Michael Smith, Esq.
6
7  I join in this request and agree to represent defendant OAKLAND UNIFIED SCHOOL
8  DISTRICT in this action.
9  DATED: 9/19/14          EDRINGTON, SCHIRMER & MURPHY LLP
10
11                          _____
                            James M. Marzan, Esq.
12
13  I consent to this substitution.
14  DATED: 9/19/14
15                          _____
                            OAKLAND UNIFIED SCHOOL DISTRICT
16
17
18  IT IS SO ORDERED.
19  DATED: September 25, 2014
20
21                          _____
                            Nathanael Cousins
22                          UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Substitution of Attorney